JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

LONGSHORE LLC,

Plaintiff,

v.

WARNER HOSPITALITY, LLC, a
Nevada limited liability company;
WARNER GAMING, LLC, a Nevada
limited liability company; WILLIAM
WARNER, a natural person; MICHAEL
FULLER, a natural person; CHRIS
NAJBICZ, a natural person; and DOES
1 through 50,

Defendants.

Case No. 2:14-cv-8072 AB-JEM

[PROPOSED] ORDER PURSUANT
TO STIPULATION REMANDING
CASE TO SUPERIOR COURT.

**Judge:  Hon. André Birotte Jr.**

# [PROPOSED] ORDER

Having considered the parties' *Stipulation Remanding Case to Superior Court*,
and good cause appearing therefor:

**IT IS HEREBY ORDERED THAT:**

1.      The Stipulation is approved; and

///

///

2.    The Civil Action bearing case number BC 557-224 is remanded to the Los Angeles County Superior Court.

**IT IS SO ORDERED.**

Dated: November 25, 2014



_____

HONORABLE ANDRÈ BIROTTE JR.
U.S. DISTRICT COURT JUDGE

**COURT ORDER PURSUANT TO STIPULATION REMANDING CASE TO SUPERIOR COURT**